

# NUMBER 13-17-00394-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EDWARD L. KENNEDY,**                                                    **Appellant,**

**v.**

**SOUTHBROOK DEVELOPMENT
CORPORATION, WESLEY C. ANDERSON,
LACEY M. ANDERSON, CALLUM R. COOK,
KIMBERLY A. COOK AND KEENON RAYNER,**            **Appellees.**

---

### On appeal from the 410th District Court
### of Montgomery County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Order Per Curiam

Appellant Edward L. Kennedy perfected an appeal from a judgment rendered against him on March 22, 2107 in cause number 14-12-13281-CV in the 410th District Court of Montgomery County, Texas. His appeal was transferred to this Court from the

Ninth Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West, Westlaw through 2017 1st C.S.) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

The parties to this appeal disagreed with regard to whether or not the appeal was affected by a bankruptcy involving the parties. This Court previously abated and remanded this matter to the trial court to address whether or not the bankruptcy stay applies to these proceedings. We requested that the trial court prepare and file its findings and orders and cause them to be included in a supplemental clerk's record for filing with this Court.

We are now in receipt of the trial court's findings and conclusions. Based on our review of the record and the trial court's findings and conclusions, the automatic stay pursuant to bankruptcy applies to this appeal and the appeal is suspended. *See* TEX. R. APP. P. 8.2. Accordingly, our abatement of this appeal remains in effect until further order of this Court. Any documents filed by the parties subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

IT IS SO ORDERED.

2

PER CURIAM

Delivered and filed the
27th day of October, 2017.